```
              IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF MISSISSIPPI
                        EASTERN DIVISION
```

CHEREE FREEMAN, an adult,                                PLAINTIFF
and mother and next friend of
BRIDGET FREEMAN, a minor

VS.                                                 NO. 4:06-CV-00097

EARNEST STIMPSON                                         DEFENDANT


## ORDER DISMISSING CAUSE

Came to be heard the motion of Plaintiff to dismiss this cause and the Court having considered the same, does hereby grant said Motion;

NOW IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be and the same is dismissed with prejudice.

/s/ Tom S. Lee 8/17/06
US DISTRICT COURT JUDGE

APPROVED:


/s/Joe Clay Hamilton
JOE CLAY HAMILTON
ATTORNEY FOR PLAINTIFF

JOE CLAY HAMILTON
MS STATE BAR NO. 2973
THE HAMILTON LAW FIRM
P. O. Box 1511
Meridian, MS  39302-1511
(601) 693-5548